UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-982-CBM (SKx) | Date | June 12, 2021 |
|---|---|---|---|
| Title | United States v. $174,083 in US Currency | | |

| Present: The Honorable | Steve Kim | |
|---|---|---|
| Connie Chung | | n/a |
| Deputy Clerk | | Court Smart / Recorder |
| Attorneys Present for Plaintiff: | | Attorneys Present for Claimant: |
| None present | | None present |

**Proceedings:**   (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: SANCTIONS**

Plaintiff United States is ORDERED TO SHOW CAUSE in writing by no later than **9 AM on June 14, 2021**, why monetary or other sanctions should not be imposed for violating the Court's Settlement Conference Order. (ECF 27). The Confidential Settlement Conference Statement submitted (ex parte and in camera) by Plaintiff does not include, as required by that Order, a "history of past settlement discussions, offers and demands, including specifically a detailed summary of the proposals that [were] exchanged by the parties no later than two weeks before the conference, as ordered." (ECF 27 at ¶ 4 ("**The parties must attempt in good faith to resolve the case before the Settlement Conference.** By no later than two calendar weeks in advance of the Settlement Conference, counsel shall confer in writing and reasonably discuss the settlement of this matter. The parties must summarize all settlement efforts and detail the material terms of the exchanged proposals in their respective Confidential Settlement Conference Statements.") (original emphasis).

Claimant Rayshawn Reed is ORDERED TO SHOW CAUSE in writing by no later than **9 AM on June 14, 2021**, why monetary or other sanctions should not be imposed for violating the Court's Settlement Conference Order, namely, by submitting no Confidential Settlement Conference Statement five calendar days before the conference as ordered. (ECF 27 at ¶ 4). As a courtesy, the Court's deputy clerk even emailed Claimant's counsel around 10 AM on Friday, June 11, 2021 to remind counsel of the need to submit his statement that day—but the Court received no response of any kind.

As laid out in paragraph 5 of the Court's Settlement Conference Order, the parties were warned that the "failure of any party or attorney to comply strictly with the requirements of the Order may result in sanctions being imposed." (ECF 27 at ¶ 5). The Court also reserves the right to impose separate or additional monetary sanctions and/or to vacate the June 16, 2021 settlement conference if it becomes evident from counsels' responses to this order (or from the confidential settlement conference statements of either side) that the parties are not

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | 2:20-cv-982-CBM (SKx) | Date | June 12, 2021 |
|---|---|---|---|
| Title | United States v. $174,083 in US Currency | | |

approaching the settlement conference in good faith as ordered by the District Judge or that settlement discussions would be unproductive.

    IT IS SO ORDERED.